ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

WALKER WASHINGTON,
a/k/a "Da Franchise Playa,"
a/k/a "Homocide,"
a/k/a "Cappachinno,"

    Defendant.

- - - - - - - - - - - - - - - - x

INDICTMENT

12 Cr.

12 CRIM 870

JUDGE KAPLAN

## COUNT ONE

The Grand Jury charges:

1. On or about July 12, 2012, in the Southern District of New York, WALKER WASHINGTON, a/k/a "Da Franchise Playa," a/k/a "Homocide," a/k/a "Cappachinno," the defendant, willfully and knowingly did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge and magistrate judge, which custody and confinement was by virtue of a conviction of an offense, to wit, WASHINGTON, while in community confinement under the supervision of the Bronx Residential Reentry Center ("Bronx RRC") in Bronx, New York, following conviction in the United States District Court for the Southern District of New York for mail fraud and conspiracy to commit mail fraud, in violation of Title 18, United States Code,

Sections 1341, 1349, and 2, left his community confinement residence without permission and has not returned.

(Title 18, United States Code, Sections 751(a) and 4082.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WALKER WASHINGTON,
a/k/a "Da Franchise Playa,"
a/k/a "Homocide,"
a/k/a "Cappachinno,"

Defendant.

INDICTMENT

12 Cr.

(18 U.S.C. §§ 751(a) and 4082)

PREET BHARARA
United States Attorney.

A TRUE BILL

/m——/

Foreperson.

Nov 20, 2012
Filed Indictment. Case assigned to Judge Kaplan.
U.S.M.J. Debra Freeman